B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Oregon | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Michael Edward Noonan** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Karin Margret Noonan** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Other names used by Debtor** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Other names used by Co-Debtor** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**4568** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all):<br>**5702** |
| Street Address of Debtor (No. and Street, City and State):<br>**12080 Homedale Rd**<br>**Klamath Falls, OR 97603** | Street Address of Joint Debtor (No. and Street, City and State):<br>**12080 Homedale Rd**<br>**Klamath Falls, OR 97603** |
| County of Residence or of the Principal Place of Business:<br>**Klamath County** | County of Residence or of the Principal Place of Business:<br>**Klamath County** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
Form of Organization (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**
Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check **one** box.)
- [ ] Health Case Business
- [ ] Single Asset Real Estate as defined 11 USC § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

Farm

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee Attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **VOLUNTARY PETITION**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Michael Edward Noonan & Karin Margret Noonan** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)   --   (Date) |
| ☐ Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be servied in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for posssesion was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| **VOLUNTARY PETITION** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Michael Edward Noonan & Karin Margret Noonan** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Respresentative** |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct.<br><br>**/s/ Michael Edward Noonan**<br>*Signature of Debtor*<br>**/s/ Karin Margret Noonan**<br>*Signature of Joint Debtor*<br><br>*Telephone Number*<br>**04/23/2014**<br>*Date* | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>*(Signature of Foreign Representative)*<br><br>*(Printed Name of Foreign Representative)*<br><br>*Date* |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **/s/ Keith Y. Boyd**<br>*Signature of Attorney for Debtor(s)*<br><br>**Keith Y. Boyd**<br>*Printed Name of Attorney for Debtor(s)*<br><br>**The Law Offices of Keith Y. Boyd**<br>*Firm Name*<br><br>**724 S Central Ave #106**<br>**Medford, OR 97501**<br>**Email Address: keith@boydlegal.net**<br>*Address*<br><br>**(541) 972-2422**<br>*Telephone Number*<br><br>**04/23/2014**<br>*Date*<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.<br><br>*Printed Name and title, if any, of Bankruptcy Petition Preparer*<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual,state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)<br><br>*Address*<br><br>*Signature of Preparer*<br><br>*Date*<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>*Signature of Authorized Individual*<br><br>*Printed Name of Authorized Individual*<br><br>*Title of Authorized Individual*<br><br>*Date* | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.* |

# ATTACHMENT TO VOLUNTARY PETITION

**All Other Names used by the Debtor in the last 8 years**
**(include married, maiden, and trade names):**

Entiv Organic Energy, LLC
Noonan Elevators, Inc.
Noonan Farms
Noonan Farms Trucking, Inc.
Springlake Dairy LLC
Wrestling Transport LLC

**All Other Names used by the Joint Debtor in the last 8 years**
**(include married, maiden, and trade names):**

Henley Mat Club
Noonan Elevators, Inc.
Noonan Farms
Noonan Farms Trucking, Inc.

# UNITED STATES BANKRUPTCY COURT

In re:   **Michael Edward Noonan & Karin Margret Noonan** ,   **Case No.**_____
      **Debtor**   (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed*

☒ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. [Summarize exigent circumstances here.]

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ____Michael Edward Noonan____

Date: ____04/23/2014____

# UNITED STATES BANKRUPTCY COURT

In re:   Michael Edward Noonan & Karin Margret Noonan ,   Case No._____
       **Debtor**   (if known)

**SPOUSE**
**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed*

☒ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. [Summarize exigent circumstances here.]

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____Karin Margret Noonan_____

Date: _____04/23/2014_____

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

### District of Oregon

In re    **Michael Edward Noonan & Karin Margret Noonan** ,            Case No. _____
                        **Debtor**                                                              Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rabo Agrifinance Inc<br>Aaron Bixby, Sr Special Asset Manager<br>12443 Olive Blvd #50<br>St Louis, MO 63141 | Rabo Agrifinance Inc<br>Aaron Bixby, Sr Special Asset Manager<br>12443 Olive Blvd #50<br>St Louis, MO 63141<br><br>ph: 319-277-4444 | CREDIT LINE | | $5,000,000.00 |
| Irrigation Rentals<br>Kenneth C Heiber, President<br>POB 297<br>Red Bluff, CA 96080 | Irrigation Rentals<br>Kenneth C Heiber, President<br>POB 297<br>Red Bluff, CA 96080<br><br>ph: 530-527-4001 | EQUIPMENT LEASE | | $176,645.00 |
| Basin Fertilizer<br>Bill Gaser<br>PO Drawer X<br>Merrill, OR 97633 | Basin Fertilizer<br>Bill Gaser<br>PO Drawer X<br>Merrill, OR 97633<br><br>ph: 541-798-5655 | BUSINESS DEBT | | $145,248.28 |
| Excel Dairy Svc<br>Clyde Fox, Registered Agent<br>2725 Old Hwy 99 S<br>Mt Vernon, WA 98273 | Excel Dairy Svc<br>Clyde Fox, Registered Agent<br>2725 Old Hwy 99 S<br>Mt Vernon, WA 98273<br><br>ph: 360-848-9494 | BUSINESS DEBT | | $61,550.20 |
| Floyd A Boyd<br>Donny Boyd<br>21600 Hwy 39<br>Merrill, OR 97633 | Floyd A Boyd<br>Donny Boyd<br>21600 Hwy 39<br>Merrill, OR 97633<br><br>ph: 541-798-5660 | BUSINESS DEBT | | $60,797.97 |
| Sar-Ben Farms<br>Stephen Pierson, Registered Agent<br>POB 356<br>St Paul, OR 97137 | Sar-Ben Farms<br>Stephen Pierson, Registered Agent<br>POB 356<br>St Paul, OR 97137<br><br>ph: 503-633-4027 | BUSINESS DEBT | | $60,290.00 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

### District of Oregon

In re   Michael Edward Noonan & Karin Margret Noonan ,              Case No. _____
                                    Debtor                                                    Chapter   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Volm/Credit Mediatiors Inc<br>Dan Cartel<br>POB 456<br>Upper Darby, PA 19082 | Volm/Credit Mediatiors Inc<br>Dan Cartel<br>POB 456<br>Upper Darby, PA 19082<br>ph: 800-456-3328 Ext 150 | BUSINESS DEBT | | $59,981.08 |
| Ed Staub & Sons<br>Brad Staub<br>POB 488<br>Klamath Falls, OR 97601 | Ed Staub & Sons<br>Brad Staub<br>POB 488<br>Klamath Falls, OR 97601<br>ph: 541-884-5167 | BUSINESS DEBT | | $51,214.08 |
| JW Kerns<br>Dan Nygren, Registered Agent<br>4360 Hwy 39<br>Klamath Falls, OR 97603 | JW Kerns<br>Dan Nygren, Registered Agent<br>4360 Hwy 39<br>Klamath Falls, OR 97603<br>ph: 541-884-4129 | BUSINESS DEBT | | $47,323.92 |
| Rain for Rent/ Commercial Trade<br>Gil<br>5330 Office Center Ct<br>Bakersfield, CA 93389 | Rain for Rent/ Commercial Trade<br>Gil<br>5330 Office Center Ct<br>Bakersfield, CA 93389<br>ph: 661-864-2310 | BUSINESS DEBT | | $42,203.97 |
| Sheldons Machine Shop<br>Stacy<br>POB 125<br>Klamath Falls, OR 97601 | Sheldons Machine Shop<br>Stacy<br>POB 125<br>Klamath Falls, OR 97601<br>ph: 541-883-3442 | BUSINESS DEBT | | $37,513.12 |
| Zupan Farm Partnership<br>Pete Zupan, Owner<br>9230 Hopedale Ct<br>Portland, OR 97229 | Zupan Farm Partnership<br>Pete Zupan, Owner<br>9230 Hopedale Ct<br>Portland, OR 97229<br>ph: 800-331-3282 | LAND SALE CONTRACT | | $30,000.00 |
| Northstate Packaging<br>Keith<br>POB 511<br>Merrill, OR 97633 | Northstate Packaging<br>Keith<br>POB 511<br>Merrill, OR 97633<br>ph: 541-798-0502 | BUSINESS DEBT | | $29,028.06 |
| Warnke Farms<br>Dennis Warnke<br>POB 256<br>Ashton, ID 83420 | Warnke Farms<br>Dennis Warnke<br>POB 256<br>Ashton, ID 83420<br>ph: 208-652-3950 | BUSINESS DEBT | | $28,081.07 |
| Solar Heights<br>John Lucas, Member<br>111 West 52nd Ave<br>Eugene, OR 97405 | Solar Heights<br>John Lucas, Member<br>111 West 52nd Ave<br>Eugene, OR 97405<br>ph: 541-343-1069 | BUSINESS DEBT | | $23,778.97 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Oregon

In re __Michael Edward Noonan & Karin Margret Noonan__,  Case No. _____
       **Debtor**                                           Chapter __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Stateline Parts Supply, Inc<br>Kathy<br>POB 944<br>Merrill, OR 97633 | Stateline Parts Supply, Inc<br>Kathy<br>POB 944<br>Merrill, OR 97633<br><br>ph: 541-798-5015 | BUSINESS DEBT | | $20,024.11 |
| RS Energy<br>Accounts Receivable<br>20915 SW 105th Ave<br>Tualatin, OR 97062 | RS Energy<br>Accounts Receivable<br>20915 SW 105th Ave<br>Tualatin, OR 97062<br><br>ph: 503-752-2885 | BUSINESS DEBT | | $18,700.00 |
| Rabo Bank Credit Card<br>Accounts Receivable<br>POB 31535<br>Tampa, FL 33631 | Rabo Bank Credit Card<br>Accounts Receivable<br>POB 31535<br>Tampa, FL 33631<br><br>ph: 800-221-5920 | BUSINESS DEBT | | $15,000.00 |
| John Bair Farm & Dairy<br>John Bair, Owner<br>4960 Lombardy Ln<br>Klamath Falls, OR 97603 | John Bair Farm & Dairy<br>John Bair, Owner<br>4960 Lombardy Ln<br>Klamath Falls, OR 97603<br><br>ph: 541-883-2953 | BUSINESS DEBT | | $11,250.00 |
| Alsco Inc<br>Steven B McCarthy, Registered Agent<br>POB 1330<br>Red Bluff, CA 96080 | Alsco Inc<br>Steven B McCarthy, Registered Agent<br>POB 1330<br>Red Bluff, CA 96080<br><br>ph: 530-527-4001 | BUSINESS DEBT | | $10,744.47 |

In re   **Michael Edward Noonan & Karin Margret Noonan**                                               Case No._____
                        **Debtor**                                                                                                                                     **(If known)**

# DECLARATION REGARDING LIST OF CREDITORS

**DECLARATION UNDER PENALTY OF PERJURY REGARDING THE TOP 20 UNSECURED CLAIMS ON BEHALF OF AN INDIVIDUAL**

I, Michael Edward Noonan & Karin Margret Noonan named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.


Date:   04/23/2014                                                                           Signature:   /s/Michael Edward Noonan

                                                                                           Co-Debtor Signature:   /s/Karin Margret Noonan

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

Keith Y. Boyd, OSB #760701
keith@boydlegal.net
The Law Offices of Keith Y. Boyd
724 S. Central Ave., Suite 106
Medford, OR 97501
Telephone: 541-973-2422
Facsimile: 541-973-2426
      Of Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>Michael Edward Noonan<br>Karin Margret Noonan,<br><br>                Debtors. | Case No.<br><br>CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |
|---|---|

      I hereby certify that on April 23, 2014, I served full and complete copies of the following:

1.    List of Creditors Holding 20 Largest Unsecured Claims; and
2.    Self-adhesive labels for the debtors, parties designated to perform the debtors' duties, debtors' attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

                Office of the U.S. Trustee
                Wayne L. Morse Courthouse
                405 East 8th Avenue, Suite 1100
                Eugene, OR 97401

    DATED this 23rd day of April, 2014.

                                              THE LAW OFFICES OF KEITH Y. BOYD

                            By:    /s/ Keith Y. Boyd
                                    Keith Y. Boyd, OSB #760701
                                      Of Attorneys for Debtors in Possession

CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - **Page 1 of 1**