Keith Y. Boyd, OSB #760701
THE LAW OFFICES OF KEITH Y. BOYD
724 S. Central Ave., Ste. 106
Medford, OR  97501
TELEPHONE: (541) 973-2422
FAX: (541) 973-2426

      Attorney for Debtors-in-Possession

Robert J Vanden Bos, OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

      Of Attorneys for Debtors-in-Possession


## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-61510-fra11 |
| | ) | |
| Michael E. Noonan | ) | DEBTORS' MOTION FOR ENTRY OF INTERIM |
| Karin M. Noonan, | ) | AND FINAL ORDERS AUTHORIZING USE OF |
| | ) | CASH COLLATERAL |
| Debtors-in-Possession. | ) | **Expedited Hearing Requested** |

      Pursuant to Section 363(c) of Title 11 of the United States Code (the "Bankruptcy

Code"), Rule 4001 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and LBR 4001-2, Michael E. and Karin M. Noonan (the "Debtors") move this Court

for (a) entry of an Interim Order Authorizing Use of Cash Collateral and Granting Adequate

Protection; and, (b) after final hearing held pursuant to Bankruptcy Rule 4001(b)(2), entry

of a final order authorizing the Debtors to use cash collateral during the pendency of this

Chapter 11 case.

///

**Page 1 of 10** - DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL - **Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

## CONCISE STATEMENT PURSUANT TO BANKRUPTCY RULE 401(b)(1)(B)

1.      Pursuant to Bankruptcy Rule 4001(b)(1)(B), the Debtors seek authorization to use cash collateral for working capital and other general business purposes until a plan is confirmed and becomes effective but with use limited to Debtors' dairy operations and production and harvesting of Debtors' growing crops of alfalfa and grass hay, including a reasonable allocation of Debtors' overhead to those business activities.  Debtors intend to grow barley (5,000 acres) and potatoes (400 acres), but do not at this time seek authority to use cash collateral for the 2014 potatoes or barley.  Instead, Debtors will fund those two crops with DIP financing (if available), which may include crop advances from the prospective buyers of the potatoes and barley.  Existing cash collateral is insufficient to provide funding for the 2014 crops of potatoes and/or barley.  After final hearing on this Motion, Debtors seek approval to use $1,279,480.76 of cash collateral in accordance with the cash collateral budget attached hereto as **Exhibit 1** (the "Interim Budget") for the period of time through August 31, 2014, and reserve the right to seek extensions after appropriate notice and hearing.   Pending final hearing, Debtors request that the Court conduct a preliminary hearing on this motion and to authorize them to use up to $174,875.56 of cash collateral on an interim basis (through May 10, 2014) in accordance with the Interim Budget to fund expenditures to ensure that Debtors are able to continue business as usual, and thereby avoid immediate and irreparable harm to the bankruptcy estate.  The Interim Budget includes 100% of Debtors' overhead for the first three weeks to preserve the business entity as a going concern while DIP financing is being sought.

2.      The creditors who may claim an interest in the cash collateral are as follows: Rabo Agrifinance, Inc. ("RAF");  Cooperative Regions of Organic Producer Pools (Debtors believe this creditor's claim is subject to offset(s) which exceed amount of claim); Zupan

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Farm Partnership; and the Internal Revenue Service (claim of lien is disputed for failure to

file a notice of lien as of the Petition Date); the Oregon Department of Revenue (claim of

lien is disputed for failure to file notice of lien as of the Petition Date).

3.      The adequate protection being offered to these creditors for the Debtors' use

of cash collateral is (1) replacement liens on the Debtors' postpetition personal property

(each a "Replacement Lien" and collectively the "Replacement Liens"), in each instance

limited to the same kinds or categories of property that such creditor had a lien on or

security interest in as of the Petition Date, with the Replacement Liens to have the same

relative priorities vis-à-vis each other as the prepetition liens and security interests have to

each other, and (2) to the extent a Replacement Lien proves to be inadequate to protect

against diminution in the value of a creditor's interest in the Debtors' prepetition property

resulting from Debtors' postpetition use of cash collateral, such creditor will be entitled to

an allowed administrative expense claim under Section 503(b) of the Bankruptcy Code that

will have super priority as provided in Section 507(b) of the Bankruptcy Code and will be

secured by an additional perfected lien on all property of the estate (real and personal,

tangible and intangible), whenever acquired or arising, but excluding those claims and

causes of action of the estate arising under Chapter 5 of the Bankruptcy Code, subject only

to (A) any and all validly perfected security interests and liens existing as of the Petition

Date, (B) the Replacement Liens, and  (C) any liens on property of the estate granted

hereafter during the course of the case under Section 364(d) of the Bankruptcy Code to a

DIP lender.

### JURISDICTION

4.      This Court has jurisdiction over this case under 28 USC §§ 157 and 1334.

Venue of this case is properly in this District under 28 USC §§ 1408 and 1409. This matter

**Page 3 of 10** - DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH
COLLATERAL - **Expedited Hearing Requested**
VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

is a core proceeding under 28 USC§ 157(b)(2)(M).  The statutory predicates for the relief requested are Sections 105(a) and 363 of the Bankruptcy Code.

## BACKGROUND

5.     On April 23, 2014 (the "Petition Date"), the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code.  Pursuant to §§ 1107 and 1108 the Debtors continue to operate their dairy operations and manage Debtors' property as debtors-in-possession.  No trustee or examiner has been requested or appointed in this case.

6.     The Debtors are recognized leaders in organic farming and during 2014 anticipate producing organic crops of potatoes, barley, grass hay and alfalfa.  The Debtors also operate an organic dairy and are well known for producing high quality milk products. The manure generated from the dairy operations is used to fertilize the various organic crops grown by Debtors.  Debtors started their dairy operations in 2007 and commenced milking cows in 2009 under the name of Springlake Dairy LLC which Debtors started initially as a method of obtaining organic fertilizer for Debtors' crops.  The Debtors' principal source of income is from the production and sale of crops and production and sale of milk. The milk is shipped to a cooperative (Farmers Cooperative Creamery and to Cooperative Regions of Organic Producer Pools) which process and sell the resulting milk products. Debtors produce approximately 335,000 pounds of whole milk per month which generates a gross annual income of approximately $1,100,000 from the dairy operations.  Prior to filing, Springlake Dairy LLC was dissolved and the Debtors individually became the owners of all assets and assumed all liabilities of the former Springlake Dairy LLC.  The Debtors also are to the sole shareholders of Noonan Farms Trucking, Inc. whose operations have been terminated.  Noonan Farms Trucking, Inc. has no significant assets, and due to a significant amount of liabilities, Noonan Farms Trucking, Inc. is clearly insolvent.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

7.    The Debtors currently employ approximately 10 employees in connection with the dairy operations.  Debtors' dairy herd consists of approximately 340 milk producing cows, 50 dry cows, 30 - 40 heifers and approximately 75 calves.  The Debtors' dairy operations are conducted at a single location located in Klamath County, Oregon.  Debtors have presently growing crops of alfalfa (2,191 acres) and grass hay (270 acres).

8.    The Debtors' primary secured lender is RAF.   As of the Petition Date, the amounts owed to RAF consist of and include the following loan obligations:

| Description | Amount |
|---|---|
| Principal | $11,000,000.00 |
| Accrued Interest | $112,883.02 |
| Advanced Amount | $10,101.50 |
| Interest on Advanced Amount (As of April 10, 2014) | $1,013.53 |
| TOTAL: | $11,123,998.05 |

The per diem interest rate on the loan obligations after April 10, 2014 is $1,078.05.

9.    Rabo asserts that Rabo's claim against the Debtors as set forth above is secured by one or more valid, enforceable, and properly perfected first priority security interests all of the Debtors' assets, including real property, inventory, chattel paper, accounts, equipment and general intangibles, and in all cash and noncash proceeds of such property.

10.    Some suppliers and vendors of the Debtors may also assert agricultural services, producers', or other statutory liens against property of the Debtors.  In seeking the relief requested herein, the Debtors do not intend to alter, modify, or impair the rights of any statutory lien claimant.  Below is a list of other potential Lien Claimants, the alleged basis of their potential liens and a description of their potential collateral:

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

| Creditor Name and Address | Instrument & Recording Date | Collateral Description |
|---|---|---|
| Cooperative Regions of Organic Producer Pools One Organic Way La Farge, WI 54639 | UCC 07/03/13 - 89774769 07/03/13 - 89774714 | Precautionary. Debtors believe that the collateral described in the financing statements (2013 crops), no longer exists, nor are any proceeds in existence. |
| Cooperative Regions of Organic Producer Pools One Organic Way La Farge, WI 54639 | UCC 04/29/13 - 89710121 | Precautionary. Debtors believe that the collateral described in the financing statements (2013 crops), no longer exists, nor are any proceeds in existence. |
| Cooperative Regions of Organic Producer Pools One Organic Way La Farge, WI 54639 | UCC 04/11/14 - 90024223 | All feed supplied by claimant and all products and proceeds thereof, including, without limitation, all cattle, calves, milk and other dairy products grown in the year 2014 upon or currently located at the following described farmland, range, ranch, orchard land Dairy property and pastures owned or operated by Springlake Dairy LLC on or near 12080 Homedale Road, Klamath Falls, OR |
| Zupan Farm Partnership 9230 Hopedale Ct. Portland, OR 97229 | UCC 04/04/05 - 6875481 03/29/10 - 6875481-1 05/23/12 - 6875481-2 | Blanket lien on Debtors' assets, including real property, inventory, chattel paper, accounts, equipment and general intangibles, and in all cash and noncash proceeds of such property. (Precautionary. Debtors believe secured creditor only is entitled to assert security interest in real estate.) |

11.    The term "Cash Collateral" means cash collateral as defined in Section 363(a) of the Bankruptcy Code and includes, without limitation, all checks, receipts, payments, proceeds, products, offspring, rents, or profits arising from the prepetition or postpetition use, lease, sale, or disposition of the Debtors' assets.

12.    The Debtors require the use of Cash Collateral to operate and maintain the going concern value of Debtors' dairy operations and to grow and harvest the alfalfa and grass hay.  Without the use of Cash Collateral, the Debtors will not have the funds

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

necessary to pay Debtors' budgeted expenses, including rents, utilities, insurance, wages and other payroll expenses, and taxes.

13.   Accordingly, to preserve the value of the Debtors' dairy operations as a going concern and to preserve and maximize the value of the existing crops of alfalfa and grass hay, the Debtors require the ongoing use of Cash Collateral.

## RELIEF REQUESTED

14.   The Debtors seek to use Cash Collateral pursuant to Sections 105(a) and 363(c)(1) and (2) of the Bankruptcy Code, in accordance with the Interim Budget to pay Debtors' continuing operating expenses, including Debtors' Chapter 11 administrative expenses.  The Debtors anticipate having to post deposits with various utilities that may total approximately $36,983.56 in the aggregate.

15.   This  Motion to use Cash Collateral is limited only to the use of Debtors' current inventory of straw (grass hay) valued at $40,000 (approximately 500 tons, which is used for feed and sales), Debtors' accounts receivable, Debtors' 2013 potato inventory and Debtors' present and future milk checks.  With respect to the anticipated expenses of growing the intended 2014 crops of potatoes and barley, Debtors intend to procure postpetition financing from as of yet unidentified lenders.  Debtors will file appropriate motions to incur credit when the future crop lenders are chosen by Debtors and the terms of the crops loans are determined.  Debtors are confident that crop loans will be available because Debtors have procured crop insurance on both the 2014 barley crop and potato crop, and the existence of the insurance will provide significant assurance of repayment on any future crop loan.

///

///

**Page 7 of 10** - DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL - **Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

16.    The requested authority to use Cash Collateral is limited to the amounts set

forth in the Interim Budget; provided, however, that the Debtors seek authority to make

expenditures in excess of said sums so long as any variance shall not exceed 15% of the

cumulative expenses as set forth in the Interim Budget.  The Debtors may exceed such

15% variance only with the prior written consent of RAF or by order of this Court.

### BASIS FOR RELIEF REQUESTED

17.    The Debtors require the use of Cash Collateral to preserve the value of

Debtors' dairy operations as a going concern and to preserve and maintain the assets of

the bankruptcy estate, including the alfalfa and grass hay crops.  Without use of Cash

Collateral, the Debtors will lack sufficient funds to maintain Debtors' dairy operations and

will be unable to maximize the value of Debtors' assets for the benefit of creditors.

18.    The Debtors recognize that RAF's interest in Cash Collateral is entitled to

adequate protection.  *See* 11 USC § 363(e).  Among other forms of adequate protection,

the Bankruptcy Code lists the provision of additional or replacement liens.  11 USC § 361

(2).  The Debtors propose to provide replacement liens to RAF to protect RAF's interests.

19.    Exactly what constitutes adequate protection must be decided on a case-

by-case basis.  *See In re Energy Partners, Ltd.*, 409 BR 211, 236 (Bankr SD Tex 2009) 23

(*citing MBank Dallas, N.A. v. O'Connor* (*In re O'Connor*), 808 F2d 1393, 1396-97 (10th Cir

1987)); *In re Martin*, 761 F2d 472, 476 (8th Cir 1985). The focus of this requirement is to

protect secured creditors from diminution in the value of their interests in collateral during

the reorganization process. *Energy Partners*, 409 BR at 236.

20.    RAF will be adequately protected by the retention of the value of the Debtors'

dairy operations as a going concern, and the replacement of Cash Collateral with Cash

Collateral generated or collected post-petition as more fully set forth in the Interim Budget.

**Page 8 of 10** - DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH
    COLLATERAL - **Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

As adequate protection for any diminution in the value of the Cash Collateral, Debtors

propose that the Interim Order grant RAF a replacement lien in all of the Debtors' assets,

whether acquired prior to or after the Petition Date. The replacement lien does not include

any of the trustee's avoidance powers under 11 USC §§ 544-550.

21.    The Debtors will face immediate and irreparable harm if the relief requested is

not granted. The Debtors' employees will not continue to work if they are not timely paid.

Dairy cows must be fed and milked without delay or disruption or their health will suffer and

their value will decline.  Moreover, the value of the Debtor's dairy operations and assets

would be significantly less if the Debtors' dairy operations were to cease. Thus, it is in the

best interests of the Debtors, Debtors' creditors, and Debtors' estate for the Debtors to use

Cash Collateral.  The use of Cash Collateral will maximize the recovery to creditors.

Without use of Cash Collateral, the Debtors' dairy operations will need to immediately

cease and the growing crops of alfalfa and grass hay would deteriorate and fail.

## LBF 541.7 CERTIFICATION

22.    The Debtors certify that this Motion provides for the liens granted to RAF

pursuant to the Interim Cash Collateral Order to be perfected automatically. See LBF

541.7(10). The Debtors respectfully submit that requiring RAF to take steps to perfect such

liens would serve no purpose and that such liens' automatic perfection is appropriate under

the circumstances. The Debtors do not anticipate requesting any other provisions relating

to use of Cash Collateral set forth in LBF 541.7 which the Court usually will not approve.

## REQUEST FOR A FINAL HEARING

23.    Pursuant to Bankruptcy Rule 4001(b), a final hearing on a request for authority

to use Cash Collateral may only be commenced after fifteen (15) days notice for the motion

requesting such relief. The Debtors request that the Court set a hearing, as soon as

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

possible after the expiration of the 15 day notice, for the Court to consider entering a final order approving the Debtors' use of Cash Collateral.

## NOTICE

24.    The Debtors have provided notice of this Motion to Debtors' 20 largest unsecured creditors, RAF, all creditors requesting special notice, all known secured creditors, those creditors who may assert crop liens as disclosed by filings with the Oregon Secretary of State, the Internal Revenue Service (Special Procedures Unit), Oregon Department of Revenue, the Office of the United States Trustee and the Attorney General of the United States at Washington, D.C.  No unsecured creditors' committee has been appointed in this case.  The Debtors submit that no further notice is required under the circumstances.

WHEREFORE, the Debtors pray that the Court (a) enter an Interim Order Authorizing Use of Cash Collateral consistent with the relief requested herein; and (b) after final hearing held pursuant to Bankruptcy Rule 4001 (b)(2), enter a final order authorizing the Debtors to use Cash Collateral as set forth in the Interim Budget.

Dated this 23rd day of April, 2014.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos_____
     Robert J Vanden Bos, OSB #78100
     Of Attorneys for Debtors-in-Possession

**Page 10 of 10** DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL - **Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

...and Kar... ...

Farming Operation Budgets

**DAIRY BUDGET**

| INCOME | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MILK | 47,500.00 | 47,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 23,500.00 | 94,000.00 | 94,000.00 | 94,000.00 | 94,000.00 | 94,000.00 | 94,000.00 | 94,000.00 | 105,000.00 | 105,000.00 | 105,000.00 | 98,000.00 | 1,260,000.00 |
| COWS | - | - | - | - | - | - | - | - | - | - | 5,000.00 | 5,000.00 | - | 5,000.00 | - | 2,000.00 | 2,000.00 | 19,000.00 |
| Rental Income - 11597 Spring Lake Road (Lender-Sayles) | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 5,100.00 |
| FUNDING SOURCES: | | | | | | | | | | | | | | | | | | |
| Crop Loan | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crop Advances | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Potatoes/Potato Proceeds ($500,000.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 Grass Hay: ($0.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition A/R: ($0.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3rd Party Retainer Payment ($150,000.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL INCOME** | 47,800.00 | 47,800.00 | 23,800.00 | 23,800.00 | 23,800.00 | 23,800.00 | 94,300.00 | 94,300.00 | 94,300.00 | 94,300.00 | 99,300.00 | 99,300.00 | 94,300.00 | 110,300.00 | 105,300.00 | 107,300.00 | 100,300.00 | 1,284,100.00 |

| EXPENSES | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Land Sales Contract/Sayles | - | - | - | - | - | - | 31,247.47 | - | - | - | - | - | - | - | - | - | - | 31,247.47 |
| Property Taxes - 11597 Spring Lake | - | - | - | - | - | - | - | - | - | - | - | 3,965.00 | - | - | - | - | - | 3,965.00 |
| CULL Potatoes | 2,396.50 | 2,396.50 | 1,198.12 | 1,198.12 | 1,198.12 | 1,198.12 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 4,792.50 | 62,302.98 |
| Haylage | 1,084.50 | 1,084.50 | 542.25 | 542.25 | 542.25 | 542.25 | - | - | - | - | 2,169.00 | 2,169.00 | 2,169.00 | 2,169.00 | 2,169.00 | 2,169.00 | 2,169.00 | 19,521.00 |
| Alfalfa Hay | 10,534.70 | 10,534.70 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 21,069.00 | 21,069.00 | 21,069.00 | 21,069.00 | 21,069.00 | 21,069.00 | 21,069.00 | 207,483.40 |
| Barley Grain | 4,095.00 | 4,095.00 | 4,095.00 | 4,095.00 | 4,095.00 | 4,095.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 16,380.00 | 204,750.00 |
| ALL West | 650.00 | 650.00 | 325.00 | 325.00 | 325.00 | 325.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 16,900.00 |
| Vet Services | 131.50 | 131.50 | 68.50 | 68.50 | 68.50 | 68.50 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 3,573.00 |
| Excell Dairy | 2,500.00 | 2,500.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 65,000.00 |
| Bedding | 500.00 | 500.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 13,000.00 |
| Waste MGMNT | 92.70 | 92.70 | 46.35 | 46.35 | 46.35 | 46.35 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 185.41 | 2,410.31 |
| American Sanitation | 80.00 | 80.00 | 40.00 | 40.00 | 40.00 | 40.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 2,080.00 |
| Pacific Power | 750.00 | 750.00 | 375.00 | 375.00 | 375.00 | 375.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 19,500.00 |
| Fuel | 1,000.00 | 1,000.00 | 500.00 | 500.00 | 500.00 | 500.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 26,000.00 |
| Labor | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 375,000.00 |
| Employer Liability | 854.41 | 854.41 | 854.41 | 854.41 | 854.41 | 854.41 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 3,417.64 | 42,720.50 |
| Cindy A1 Service | 117.50 | 117.50 | 58.75 | 58.75 | 58.75 | 58.75 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 3,055.00 |
| Overhead Expense Allocation | 801.90 | 1,057.02 | 1,602.28 | 3,582.10 | 3,582.10 | 3,582.10 | 17,324.62 | 8,089.28 | 7,387.70 | 7,834.16 | 7,706.60 | 7,553.52 | 7,515.26 | 7,132.58 | 6,686.12 | 7,196.36 | 7,323.92 | 105,957.60 |
| **TOTAL EXPENSES** | 33,088.71 | 33,343.83 | 21,205.66 | 23,185.48 | 23,185.48 | 23,185.48 | 93,571.17 | 84,335.83 | 114,881.72 | 84,080.71 | 86,122.15 | 101,003.07 | 96,999.81 | 96,617.13 | 96,170.67 | 96,680.91 | 96,808.47 | 1,204,466.26 |
| | | | | | | | | | | | | | | | | | | |
| **Difference** | 14,711.29 | 14,456.17 | 2,594.34 | 614.52 | 614.52 | 614.52 | 728.83 | 9,964.17 | (20,581.72) | 10,219.29 | 13,177.85 | (1,703.07) | (2,699.81) | 13,682.87 | 9,129.33 | 10,619.09 | 3,491.53 | 79,633.74 |
| **Running Total:** | 14,711.29 | 29,167.46 | 31,761.80 | 32,376.31 | 32,990.83 | 33,605.35 | 34,334.18 | 44,298.35 | 23,716.63 | 33,935.93 | 47,113.78 | 45,410.71 | 42,710.90 | 56,393.78 | 65,523.11 | 76,142.20 | 79,633.74 | |

Exhibit 1 - Page 1 of 5

Sutherland and Karen Sutherland
Farming Operation Budgets

| Alfalfa Fields (by acres) | Mikes Field | 160 | Ritter | 700 | Weyerhauser | 200 |
|---|---|---|---|---|---|---|
| | Mitchells | 80 | Viets | 50 | Air Landing Strip | 25 |
| | Negreski | 30 | Walsh | 48 | Garrett | 24.5 |
| | Henzels | 800 | Martins | 73.5 | **TOTAL** | **2191** |

**Alfalfa Budget**   2191 acres x 4 = 8764 ton

| INCOME | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OV/Sarben | - | - | - | - | - | - | 200,000.00 | 200,000.00 | 200,000.00 | 159,540.00 | 100,000.00 | 200,000.00 | 200,000.00 | 150,000.00 | 200,000.00 | 150,000.00 | 200,000.00 | 1,959,540.00 |
| Rental Income - 7751 Dehlinger Ln (Lender - Negrevski) | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 13,600.00 |
| FUNDING SOURCES: | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crop Loan | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crop Advances | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Potatoes/Potato Proceeds ($500,000.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 Grass Hay: ($0.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition A/R: ($0.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3rd Party Retainer Payment ($150,000.00 available) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL INCOME** | **800.00** | **800.00** | **800.00** | **800.00** | **800.00** | **800.00** | **200,800.00** | **200,800.00** | **200,800.00** | **160,340.00** | **100,800.00** | **200,800.00** | **200,800.00** | **150,800.00** | **200,800.00** | **150,800.00** | **200,800.00** | **1,973,140.00** |

**EXPENSES**

| | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Land Sales Pymt - Negrvski | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 21,420.00 |
| Land Sales Pymt - Negrvski | - | - | - | - | - | - | - | 50,000.00 | - | - | - | - | - | - | - | - | - | 50,000.00 |
| Property Taxes - 7751 Dehlinger Ln | - | - | - | - | - | - | - | - | - | - | - | 1,315.00 | - | - | - | - | - | 1,315.00 |
| Manning -Land Sales Contract | - | - | - | - | - | - | - | 35,508.47 | - | - | - | - | - | - | - | - | - | 35,508.47 |
| Mitchells - Rent | - | - | - | - | - | - | - | 18,500.00 | - | - | - | - | - | - | - | - | - | 18,500.00 |
| Ritters - Rent | - | - | - | - | - | - | 20,000.00 | 10,000.00 | 20,000.00 | 10,000.00 | 20,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 20,000.00 | 10,000.00 | 10,000.00 | 150,000.00 |
| Viets - Rent | - | - | - | - | - | - | - | - | - | - | - | 4,200.00 | - | - | - | - | - | 4,200.00 |
| Weyerhauser - Rent | - | - | - | - | - | - | - | 21,500.00 | - | - | - | 21,500.00 | - | - | - | - | - | 43,000.00 |
| Garrett - Rent | - | - | - | - | - | - | 3,900.00 | - | - | - | - | - | - | - | - | - | - | 3,900.00 |
| Henzels -Rent | - | - | - | - | - | - | 50,000.00 | - | - | - | - | 50,000.00 | - | - | - | - | - | 100,000.00 |
| Martins - Rent | - | - | - | - | - | - | - | - | - | - | - | 13,254.00 | - | - | - | - | - | 13,254.00 |
| **Labor** | | | | | | | | | | | | | | | | | | |
| Jose Rodriquez | 476.12 | 476.12 | 874.25 | 874.25 | 874.25 | 874.25 | 3,471.00 | 4,381.00 | 4,615.00 | 4,615.00 | 2,307.50 | - | - | - | - | - | - | 23,838.74 |
| Tim Jayne | 187.50 | 187.50 | 318.78 | 318.78 | 318.78 | 318.78 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 18,150.12 |
| Miguel Hernandez | 484.57 | 484.57 | 429.97 | 429.97 | 429.97 | 429.97 | 2,821.00 | 3,339.70 | 2,866.50 | 2,866.50 | 1,433.25 | - | - | - | - | - | - | 16,015.97 |
| Jaime Vargas | 484.57 | 484.57 | 429.97 | 429.97 | 429.97 | 429.97 | 2,821.00 | 3,339.70 | 2,866.50 | 2,866.50 | 1,433.25 | - | - | - | - | - | - | 16,015.97 |
| Eliseo Gil | - | - | - | - | - | - | 4,576.00 | 3,927.00 | 2,772.00 | 3,432.00 | 1,716.00 | - | - | - | - | - | - | 16,423.00 |
| Felipe Galvan | - | - | - | - | - | - | 4,356.00 | 4,246.00 | 3,597.00 | 3,366.00 | 1,683.00 | - | - | - | - | - | - | 17,248.00 |
| John Horn | - | - | - | - | - | - | - | - | - | - | - | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 14,400.00 |
| James Howard | - | - | - | - | - | - | 5,200.00 | 5,226.00 | 4,862.00 | 4,823.00 | 4,004.00 | 4,875.00 | 4,498.00 | 4,121.00 | 4,082.00 | 5,291.00 | 5,161.00 | 52,143.00 |
| Josh Jensen | - | - | - | - | - | - | 4,968.00 | 4,368.00 | 4,356.00 | 4,308.00 | 3,198.00 | 4,554.00 | 3,588.00 | 3,276.00 | 2,988.00 | 3,030.00 | 3,648.00 | 42,282.00 |
| Employer Liability | 133.06 | 133.06 | 167.31 | 167.31 | 167.31 | 167.31 | 2,377.04 | 2,426.18 | 2,194.80 | 2,263.82 | 1,407.91 | 1,086.31 | 976.85 | 920.70 | 894.05 | 996.01 | 913.53 | 17,392.56 |
| Vern Jensen/Contract | - | - | - | - | - | - | 7,560.00 | 7,200.00 | 7,020.00 | 7,300.00 | 5,481.00 | 6,885.00 | 4,140.00 | 4,302.00 | 3,960.00 | 3,570.00 | 4,200.00 | 61,618.00 |
| Fuel | - | 500.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 234,000.00 |
| Grease | - | - | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,750.00 |
| Power | 1,090.86 | 1,909.14 | 7,526.82 | 7,526.82 | 7,526.82 | 7,526.82 | 13,995.85 | 27,256.72 | 23,562.97 | 27,256.00 | 27,256.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 28,000.00 | 215,434.82 |
| Misc Parts | 1,090.86 | 1,109.14 | 450.00 | 450.00 | 450.00 | 450.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 16,423.00 |
| Irrigation Assetments | 11,125.50 | 11,125.50 | - | - | - | - | 8,800.00 | - | - | - | - | - | - | - | - | - | - | 31,051.00 |
| Twine | - | - | - | - | - | - | 4,800.00 | 4,800.00 | 4,800.00 | 4,800.00 | - | - | - | - | - | - | - | 19,200.00 |
| Barn Rent | - | - | - | - | - | - | 14,250.00 | - | - | - | - | - | 14,250.00 | - | - | - | - | 28,500.00 |
| Overhead Alfalfa Allocation | 2,020.35 | 2,663.11 | 4,036.84 | 9,024.90 | 9,024.90 | 9,024.90 | 43,648.37 | 20,380.46 | 18,612.87 | 19,737.70 | 19,416.32 | 19,030.66 | 18,934.25 | 17,970.11 | 16,845.28 | 18,130.80 | 18,452.18 | 266,954.02 |
| Overhead Allocation - Other | 3,464.26 | 4,566.39 | 6,921.92 | 660.23 | 660.23 | 660.23 | 3,193.18 | 1,490.97 | 1,361.66 | 1,443.95 | 1,420.44 | 1,392.23 | 1,385.17 | 1,314.64 | 1,232.35 | 1,326.40 | 1,349.91 | 33,844.17 |
| **TOTAL EXPENSES** | **21,817.64** | **24,899.09** | **27,415.86** | **26,142.24** | **26,142.24** | **26,142.24** | **225,247.45** | **252,400.20** | **127,997.30** | **123,588.47** | **115,266.67** | **172,002.20** | **91,682.27** | **74,814.45** | **82,911.68** | **75,254.21** | **97,634.62** | **1,591,358.84** |

| DIFFERENCE: | (21,017.64) | (24,099.09) | (26,615.86) | (25,342.24) | (25,342.24) | (25,342.24) | (24,447.45) | (51,600.20) | 72,802.70 | 36,751.53 | (14,466.67) | 28,797.80 | 109,117.73 | 75,985.55 | 117,888.32 | 75,545.79 | 103,165.38 | 381,781.16 |
| RUNNING TOTAL: | (21,017.64) | (45,116.74) | (71,732.60) | (97,074.84) | (122,417.07) | (147,759.31) | (172,206.76) | (223,806.96) | (151,004.27) | (114,252.74) | (128,719.41) | (99,921.61) | 9,196.12 | 85,181.67 | 203,069.99 | 278,615.78 | 381,781.16 | |

Exhibit 1 - Page 2 of 5          April 23, 2014

Michael and Karin Norman
Farming Operation Budgets

**Grass Fields**

| | | | |
|---|---|---|---|
| Mikes Field | 120 | Acres | 1440 ton @ $40.00 | NOTES: |
| Weyerhauser | 150 | Acres | 300 ton @ $200.00 | All Grass will go to the Dairy |
| TOTAL | 270 | Acres | | |

## Grass Budget

| INCOME | April 20th/April 26th | April 27th/May 3rd | May 4th/May 10th | May 11th/May 17th | May 18th/May 24th | May 25th/May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,400.00 | $ 29,400.00 | $ 29,400.00 | $ 29,400.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 117,600.00 |
| FUNDING SOURCES: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Crop Loan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Crop Advances | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Potatoes/Potato Proceeds ($500,000.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2013 Grass Hay: ($0.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pre-Petition A/R: ($0.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3rd Party Retainer Payment ($150,000.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Income | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,400.00 | $ 29,400.00 | $ 29,400.00 | $ 29,400.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 117,600.00 |

| EXPENSES | April 20th/April 26th | April 27th/April 30th | May 1st/May 3rd | May 4th/May 10th | May 11th/May 17th | May 18th/May 24th | May 25th/May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Power | $ 348.24 | $ 426.00 | $ 536.00 | $ 431.52 | $ 431.52 | $ 431.52 | $ 431.52 | 1,889.73 | 2,246.76 | 2,450.26 | 2,325.00 | 1,011.44 | 1,099.66 | 156.99 | 152.40 | 146.18 | 146.18 | 172.40 | 14,833.32 |
| Labor | $ 600.00 | $ 600.00 | $ 300.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | 7,944.50 | 7,944.50 | 7,944.50 | 7,944.50 | $ - | $ - | $ - | $ - | $ - | 2,000.00 | 1,800.00 | 39,878.00 |
| Employer Liability | $ 48.90 | $ 32.60 | $ 24.45 | $ 57.05 | $ 57.05 | $ 57.05 | $ 57.05 | 647.47 | 647.47 | 647.47 | 647.47 | $ - | $ - | $ - | $ - | | | | 2,924.03 |
| Land Sales Contract/Manning | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 17,023.17 | | $ - | $ - | 17,023.17 |
| Rent/WTR | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 3,750.00 | $ - | $ - | $ - | $ - | 3,750.00 | $ - | | $ - | $ - | 7,500.00 |
| Bags | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 1,440.00 | 1,440.00 | 1,440.00 | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | 4,320.00 |
| Irrigation Assesments | 4,500.00 | 4,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 9,000.00 |
| Twine | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 900.00 | 900.00 | 900.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 2,700.00 |
| Fuel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 3,830.00 | 3,830.00 | 3,830.00 | 3,830.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 15,320.00 |
| TOTAL | $ 5,497.14 | $ 5,558.60 | $ 860.45 | $ 1,188.57 | $ 1,188.57 | $ 1,188.57 | $ 1,188.57 | 16,651.70 | 20,758.73 | 17,212.23 | 14,746.97 | 1,011.44 | 4,849.66 | 156.99 | 17,175.57 | 146.18 | 2,146.18 | 1,972.40 | 113,498.52 |

| | April 20th/April 26th | April 27th/April 30th | May 1st/May 3rd | May 4th/May 10th | May 11th/May 17th | May 18th/May 24th | May 25th/May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIFFERENCE | $ (5,497.14) | $ (5,558.60) | $ (860.45) | $ (1,188.57) | $ (1,188.57) | $ (1,188.57) | $ (1,188.57) | 12,748.30 | 8,641.27 | 12,187.77 | 14,653.03 | (1,011.44) | (4,849.66) | (156.99) | (17,175.57) | (146.18) | (2,146.18) | (1,972.40) | 4,101.48 |
| RUNNING TOTAL | $ (5,497.14) | $ (11,055.74) | $ (11,916.19) | $ (13,104.76) | $ (14,293.33) | $ (15,481.90) | $ (16,670.47) | (3,922.17) | 4,719.10 | 16,906.87 | 31,559.90 | 30,548.46 | 25,698.80 | 25,541.81 | 8,366.24 | 8,220.06 | 6,073.88 | 4,101.48 | |

Exhibit 1 - Page 3 of 5

April 23, 2014

Michael and Karin Noonan
Farming Operation Budgets

OVERHEAD ALLOCATION SUMMARY

|  | Total Annual Expenses | % | Pro Rata Overhead Allocation |
|---|---|---|---|
| Dairy | $ 1,098,508.66 | 12.76% | $ 105,957.60 |
| Alfalfa | $ 1,310,057.32 | 32.14% | $ 266,954.02 |
| Grass | $ 113,498.52 | 2.35% | $ 19,529.56 |
| Grain | $ 1,447,794.58 | 34.99% | $ 290,652.44 |
| Potato | $ 857,564.46 | 17.76% | $ 147,560.11 |
| Total | $ 4,827,423.54 | 100.00% | $ 830,653.73 |

| Overhead Annual Expenses | $ 830,649.13 |
|---|---|

**Exhibit 1 - Page 4 of 5**                                                                                     **April 23, 2014**

Michael and Karin Noonan
Farming Operation Budgets

OVERHEAD EXPENSES

| INCOME | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUNDING SOURCES: | | | | | | | | | | | | | | | | | | |
| Crop Loan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Crop Advances | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Potatoes/Potato Proceeds ($500,000.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2013 Grass Hay: ($0.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pre-Petition A/R: ($0.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3rd Party Retainer Payment: ($150,000.00 available) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL INCOME | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| EXPENSES | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Health Insurance | $ - | $ - | $ 2,512.00 | $ 2,512.00 | $ 2,512.00 | $ 2,512.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 10,048.00 | $ 120,576.00 |
| Owner Draw | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 125,000.00 |
| Self | $ - | $ 2,000.00 | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 | $ 70,000.00 | $ 6,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 6,000.00 | $ 6,000.00 | $ 4,000.00 | $ 4,000.00 | $ 6,000.00 | $ 7,000.00 | $ 150,000.00 |
| Insurance- All | $ - | $ - | $ - | $ 1,520.75 | $ 1,520.75 | $ 1,520.75 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 6,083.00 | $ 71,475.25 |
| Bank Service Charge | $ 400.00 | $ 400.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 10,400.00 |
| Misc | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 12,500.00 |
| Utilities/Telephone | $ 1,187.50 | $ 1,187.50 | $ 2,375.00 | $ 2,375.00 | $ 2,375.00 | $ 2,375.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 116,375.00 |
| Equipment Rental | $ 250.00 | $ 250.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 24,500.00 |
| Equipment PYMNTS | $ - | | | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 | | | | | | | | | | | $ 56,000.00 |
| Fees trip permits/Reg | $ 600.00 | $ 600.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 6,400.00 | $ 12,000.00 | $ 2,500.00 | $ 6,000.00 | $ 5,000.00 | $ 7,800.00 | $ 7,500.00 | $ 6,500.00 | $ 3,000.00 | $ 5,000.00 | $ 5,000.00 | $ 71,900.00 |
| Office Expense | $ 250.00 | $ 250.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 9,250.00 |
| Life Insurance PYMNTS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Buffy Office Labor | $ 425.00 | $ 425.00 | $ 425.00 | $ 425.00 | $ 425.00 | $ 425.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 39,950.00 |
| Tanya Office Labor | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 1,440.00 | $ 18,000.00 |
| Employee Liabilities | $ 63.97 | $ 63.97 | $ 63.97 | $ 63.97 | $ 63.97 | $ 63.97 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 394.46 | $ 4,722.88 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| TOTAL EXPENSES | $ 6,286.47 | $ 8,286.47 | $ 12,560.97 | $ 28,081.72 | $ 28,081.72 | $ 28,081.72 | $ 135,815.46 | $ 63,415.46 | $ 57,915.46 | $ 61,415.46 | $ 60,415.46 | $ 59,215.46 | $ 58,915.46 | $ 55,915.46 | $ 52,415.46 | $ 56,415.46 | $ 57,415.46 | $ 830,649.13 |
| DIFFERENCE: | $ (6,286.47) | $ (8,286.47) | $ (12,560.97) | $ (28,081.72) | $ (28,081.72) | $ (28,081.72) | $ (135,815.46) | $ (63,415.46) | $ (57,915.46) | $ (61,415.46) | $ (60,415.46) | $ (59,215.46) | $ (58,915.46) | $ (55,915.46) | $ (52,415.46) | $ (56,415.46) | $ (57,415.46) | $ (830,649.13) |
| RUNNING TOTAL: | $ (6,286.47) | $ (14,572.94) | $ (27,133.91) | $ (55,215.63) | $ (83,297.35) | $ (111,379.07) | $ (247,194.53) | $ (310,609.99) | $ (368,525.45) | $ (429,940.91) | $ (490,356.37) | $ (549,571.83) | $ (608,487.29) | $ (664,402.75) | $ (716,818.21) | $ (773,233.67) | $ (830,649.13) | |

Allocation:

| | | April 20th/ April 26th | April 27th/ May 3rd | May 4th/ May 10th | May 11th/ May 17th | May 18th/ May 24th | May 25th/ May 31st | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | March | April | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dairy | 12.76% | $ 801.90 | $ 1,057.02 | $ 1,602.28 | $ 3,582.10 | $ 3,582.10 | $ 3,582.10 | $ 17,324.62 | $ 8,089.28 | $ 7,387.70 | $ 7,834.16 | $ 7,706.60 | $ 7,553.52 | $ 7,515.26 | $ 7,132.58 | $ 6,686.12 | $ 7,196.36 | $ 7,323.92 | $ 105,957.60 |
| Alfalfa | 32.14% | $ 2,020.35 | $ 2,663.11 | $ 4,036.84 | $ 9,024.90 | $ 9,024.90 | $ 9,024.90 | $ 43,648.37 | $ 20,380.46 | $ 18,612.87 | $ 19,737.70 | $ 19,416.32 | $ 19,030.66 | $ 18,934.25 | $ 17,970.11 | $ 16,845.28 | $ 18,130.80 | $ 18,452.18 | $ 266,954.02 |
| Grass | 2.35% | $ 147.80 | $ 194.82 | $ 295.32 | $ 660.23 | $ 660.23 | $ 660.23 | $ 3,193.18 | $ 1,490.97 | $ 1,361.66 | $ 1,443.95 | $ 1,420.44 | $ 1,392.23 | $ 1,385.17 | $ 1,314.64 | $ 1,232.35 | $ 1,326.40 | $ 1,349.91 | $ 19,529.56 |
| Grain | 34.99% | $ 2,199.70 | $ 2,899.52 | $ 4,395.21 | $ 9,826.07 | $ 9,826.07 | $ 9,826.07 | $ 47,523.19 | $ 22,189.70 | $ 20,265.20 | $ 21,489.88 | $ 21,139.97 | $ 20,720.08 | $ 20,615.11 | $ 19,565.38 | $ 18,340.69 | $ 19,740.33 | $ 20,090.24 | $ 290,652.44 |
| Potato | 17.76% | $ 1,116.76 | $ 1,472.04 | $ 2,231.39 | $ 4,988.56 | $ 4,988.56 | $ 4,988.56 | $ 24,126.85 | $ 11,265.40 | $ 10,288.33 | $ 10,910.11 | $ 10,732.46 | $ 10,519.29 | $ 10,466.00 | $ 9,933.06 | $ 9,311.31 | $ 10,021.89 | $ 10,199.53 | $ 147,560.11 |
| Total | 100% | $ 6,286.50 | $ 8,286.52 | $ 12,561.04 | $ 28,081.88 | $ 28,081.88 | $ 28,081.88 | $ 135,816.21 | $ 63,415.81 | $ 57,915.78 | $ 61,415.80 | $ 60,415.79 | $ 59,215.79 | $ 58,915.79 | $ 55,915.77 | $ 52,415.75 | $ 56,415.77 | $ 57,415.78 | $ 830,653.73 |

Exhibit 1 - Page 5 of 5                                                                                                          April 23, 2014

<u>In re  Michael E. and Karin M. Noonan;</u>
Chapter 11 Bankruptcy Case No. 14-61510-fra11

CERTIFICATE - TRUE COPY

DATE:          April 23, 2014

DOCUMENT:      DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL
               ORDERS AUTHORIZING USE OF CASH COLLATERAL
               **Expedited Hearing Requested**

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached list.  **(The original Service List is attached to the original copy filed with the Court only.  Creditors may request a copy of the Service List by contacting the undersigned.)**

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address.  Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated:  April 23, 2014

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtors-in-Possession
    Phone:  503-241-4869

In re Michael E. and Karin M. Noonan;
Chapter 11 Bankruptcy Case No. 14-61510-fra11
Page 1 of 2

**Debtors:**

Michael E. Noonan
Karin M. Noonan
12080 Homedale Road
Klamath Falls, OR  97603
**VIA EMAIL:**
**noonanfarms@yahoo.com**

**20 Largest Unsecured Creditors:**

Alsco Inc.
PO Box 1330
Red Bluff, CA  96080
**VIA FAX NO. 530-527-5022**

Basin Fertilizer
Attn: Bill Gaser
PO Drawer X
Merrill, OR  97633
**VIA EMAIL:**
**billg@basinfertilizer.com**

John Bair Farm & Dairy
John Bair, Owner
4960 Lombardy Ln
Klamath Falls, OR 97603
**VIA FAX NO.**
**VIA EMAIL:**
Phone: 530-527-4001

Ed Staub & Sons
Attn:  Brad Staub
PO Box 488
Klamath Falls, OR  97601
**VIA FAX NO. 541-883-8177**

Excel Dairy Svc
Clyde Fox, Registered Agent
2725 Old Hwy 99 S
Mt Vernon, WA 98273
**VIA FAX NO. 360-848-1425**

Floyd A. Boyd
Attn:  Donny Boyd
21600 Hwy 39
Merrill, OR  97633
**VIA FAX NO. 541-798-1674**

Irrigation Rentals
Kenneth C. Heiber, President
PO Box 297
Red Bluff, CA  96080
**VIA FAX NO.  530-527-5022**

JW Kems
4360 Hwy 39
Klamath Falls, OR  97603
**VIA FAX NO.  541-884-0995**

Northstate Packaging
Keith
POB 511
Merrill, OR 97633
**VIA FAX NO. (541)798-0509**

Rabo Bank Credit Card
Accounts Receivable
POB 31535
Tampa, FL  33631
**VIA FAX NO.** 727-570-5219
**VIA EMAIL:**
Phone: 800-221-5920

Rabo Agrifinance, Inc.
Aaron Bixby, Sr. Special Asset Mgr.
12443 Olive Blvd, Suite 50
St. Louis, MO  63141
**VIA FAX NO. 319-277-0277**

Rain for Rent
Attn:  Gil
Commercial Trade
5330 Office Center Ct.
Bakersfield, CA  93389
**VIA FAX NO. 661-334-2262**

RS Energy
Accounts Receivable
20915 SW 105th Ave.
Tualatin, OR  97062
**VIA EMAIL: grant@rs-s2s.com**

Sar-Ben Farms
PO Box 356
St. Paul, OR  97137
**VIA FAX NO.**
**VIA EMAIL:**
Phone (503) 633-4027

Sheldons Machine Shop
Attn:  Stacy
PO Box 125
Klamath Falls, OR  97601
**VIA EMAIL:**
**stacy@sheldonsmachineshop.**
**com**

Solar Heights Enterprises LLC
Attn: John Lucas
111 West 52nd Ave.
Eugene, OR  97405
**VIA FAX NO.**
**VIA EMAIL:**
jklucas4@comcast.net
Phone: 541-343-1069

Stateline Parts Supply, Inc.
Attn:  Kathy
PO Box 944
Merrill, OR  97633
**VIA FAX NO. (530) 667 - 5439**

Volm/Credit Mediators, Inc.
Attn:  Dan Cartel
PO Box 456
Upper Darby, PA  19082
**VIA FAX NO. 610-352-1818**

Warnke Farms
Dennis Warnke
PO Box 256
Ashton, ID  83420
**VIA FAX NO.**
**VIA EMAIL:**
Phone:  1-208-652-3950

Zupan Farm Partnership
Pete Zupan, Owner
9230 Hopedale Ct
Portland, OR  97229
**VIA FAX NO.**
**VIA EMAIL:**
800-331-3282

**Lienholders:**

Rabo Agrifinance, Inc.
12443 Olive Blvd, Suite 50
St. Louis, MO  63141
**VIA FAX NO. 319-277-0277**

John Casey Mills
Miller Nash LLP
111 SW 5th Ave Ste 3400
Portland, OR  97204
Of Attorneys for Rabo Ag., Inc.
**VIA EMAIL:**
**casey.mills@millernash.com**

In re Michael E. and Karin M. Noonan;
Chapter 11 Bankruptcy Case No. 14-61510-fra11
Page 2 of 2

Cooperative Regions of Organic
Producer Pools (CROPP)
One Organic Way
La Farge, WI  54639
**VIA FAX: 608-625-2600**

Brandy A. Sargent
STOEL RIVES LLP
900 SW 5th Ave Ste 2600
Portland, OR  97204
Of Attorneys for CROPP
**VIA EMAIL:**
**basargent@stoel.com**

Zupan Farm Partnership
9230 Hopedale Ct
Portland, OR  97229

**Secured Creditors:**

Bank of America
P.O. Box 45224,
Jacksonville, FL  32232-5224
**VIA FAX:** Attn Subpoena
Processing Dept
415-796-5924

Brian T. Moynihan, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255
**VIA FAX:** 214-209-5212 or Attn:
BK 800-520-5019

BB/T Finance FSB Sheffield
Finance
6010 Golding Center Drive
PO Box 1704
Clemmons, NC 27012
**VIA FAX:  (800) 438-8894**

Cal-Ore Seed
POB 82575
Bakersfield, CA  93380
**VIA FAX:**  209-847-4666

CLAAS Financial Services, LLC
475 Sansome St, 19th Floor
San Francisco, CA  94111
**VIA FAX:**  866-532-2689

CNH Capital America, LLC
100 Brubaker Ave
New Holland, PA  17557
**VIA FAX: 866-585-0286**

Cooperative Regions of Organic
Producer Pools
One Organic Way
La Farge, WI  54639

Deere & Company
6400 NW 86th Street
P.O. Box 6630
Johnston, IA 50131
**PHONE: 800-533-6446**

Irrigation Rentals, Inc.
Kenneth C. Heiber, President
P.O. Box 297
Red Bluff, CA  96080

Klamath County Tax Collector
POB 3599
Portland, OR 97208
**VIA FAX: 541-883-5165**

Howard Manning
12075 Homedale Rd
Klamath Falls, OR  97603
PHONE: 541-883-1591

Negrevski, Michael & Dai Lene
188 Dahlia St.
Klamath Falls, OR  97601

Organic Valley
Wade Miller
One Organic Way
La Farge, WI 54639
**VIA FAX NO. Fax: 608-625-2600**

Rabo Agrifinance, Inc.
Aaron Bixby, Sr. Special Asset Mgr.
12443 Olive Blvd, Suite 50
St. Louis, MO  63141

S.A. Camp Companies, Inc.
P.O. Box 82575
Bakersfield, CA  93380-2575

Gerald Sayles
11597 Springlake Rd
Klamath Falls, OR  97603
**VIA EMAIL:** gms@fireserve.net

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA  92799
**VIA FAX:** Attn Bankruptcy Dept
909-945-6503

Zupan Farm Partnership
Pete Zupan, Owner
9230 Hopedale Ct
Portland, OR  97229

**Unsecured Priority Claims:**

IRS
By Eric Holder, Attorney General
10th Constitution NW #4400
Washington, DC 20530
**VIA FAX: 202-307-6777**

IRS
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346
**VIA FAX NO.  855-235-6787**

IRS
By S. Amanda Marshall,
US Atty
1000 SW 3rd Ave Ste 600
Portland, OR 97204-2936
**VIA EMAIL: (503) 727-1117**

ODR
ATTN: Bankruptcy Unit
955 Center St NE
Salem, OR 97301
**VIA FAX NO. 503-945-8735**

ODR
c/o Ellen Rosenblum,
Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096
**VIA FAX NO. 503-378-4017**

ODR
Carolyn G Wade
DOJ Civil Enf Civil Recovery
1162 Court St NE
Salem OR  97301
**VIA FAX NO. 503-373-7067**

**U.S. Trustee's Office**

U.S. Trustee
405 East 8th Ave., Ste. 1100
Eugene, OR 97401
**Via Fax: 541-465-6335**

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the
Court's Case Management/
Electronic Case File system.