Ronald C. Becker, OSB #831519
Acting Assistant United States Trustee
Office of the United States Trustee
Wayne L. Morse Federal Courthouse
405 East Eighth Avenue, Room 1100
Eugene, Oregon 97401
Telephone: (541) 465-6330

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re: Michael Edward Noonan, and Karin Margaret Noonan, Debtors | Case No. 14-61540-fra11<br><br>APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
|---|---|

Based on 11 U.S.C. § 1102(a) and (b), the United States Trustee for Region 18, through her attorney Ronald C. Becker, hereby appoints the following unsecured creditors of the above-named debtor to the Committee of Unsecured Creditors:

| CREDITOR/ REPRESENTATIVE | ADDRESS | TELEPHONE/ FAX |
|---|---|---|
| **CHAIRPERSON**<br>Basin Fertilizer<br>c/o Chris Moudry<br>cmoudry@basinfertilizer.com | P.O. Drawer X<br>Merrill, OR 97633 | Tele: (541) 798-5655<br>Fax: (541) 798-5141 |

Page **1 of 2 - APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

| Irrigation Rentals, Inc., c/o Clint Heiber, President irgrentals@yahoo.com | P.O. Box 297 Red Bluff, CA 96080 | Tele: (530) 527-4001 Fax:  (530) 527-5022 |
|---|---|---|
| Warnke Farms c/o Jan Warnke warnkefarm@gmail.com | PO Box 256 Ashton, ID 83420 | Tele: (208) 652-3950 Fax:  (208) 652-3401 |

Dated:  May 8, 2014.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee

*/s/Ronald C. Becker,*_____
RONALD C. BECKER, OSB #831519
Acting Assistant United States Trustee

**CERTIFICATE OF SERVICE**

  I, Ronald C. Becker, hereby certify as follows:

  1. On May 8, 2014, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.

  Irrigation Rentals., Inc.
  c/o Clint Heiber, President
  P.O. Box 297
  Red Bluff, CA  96080

  Basin Fertilizer
  c/o Chris Moudry
  P.O. Drawer X
  Merrill, OR  97633

  Warnke Farms
  c/o Jan Warnke
  PO Box 256
  Ashton, ID  83420

  2. Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should be served electronically when the attached document is filed with the Court:

- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- AARON J BELL    aaron@blf-pc.com, rhonda@blf-pc.com
- KEITH Y BOYD    ecf@boydlegal.net, arnold@boydlegal.net
- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;cejordan@stoel.com;aepeterson-meier@stoel.com
- JUSTIN D LEONARD    jleonard@ml-llp.com, ecf@ml-llp.com;jleonard@pacernotice.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- BRANDY A SARGENT    basargent@stoel.com, docketclerk@stoel.com;erheaston@stoel.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- ROBERT J VANDEN BOS    vbcservice@yahoo.com, sara@vbcattorneys.com

            */s/Ronald C. Becker*
            RONALD C. BECKER, OSB # 831519
            Acting Assistant United States Trustee

**Page 1 of 1** – Certificate of Service