**DISTRICT OF OREGON**
**F I L E D**
**May 12, 2014**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

---
FRANK R. ALLEY
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:                              )
                                    ) Case No. 14-61510-fra11
Michael Edward Noonan and           )
Karin Margret Noonan,               ) **ORDER ALLOWING EMPLOYMENT**
                                    ) **OF COUNSEL FOR OFFICIAL**
                Debtors.            ) **CREDITORS' COMMITTEE**

BASED UPON the application of the Official Creditors' Committee to employ Albert & Tweet, LLP as counsel (doc. no. 62), and the court finding good cause,

IT IS HEREBY ORDERED that the Official Creditors' Committee is authorized to employ Albert & Tweet, LLP, and particularly, John D. Albert, as counsel for the Official Creditors' Committee, effective *nunc pro tunc* May 9, 2014, the date of application herein.

# # #

Submitted by:

ALBERT & TWEET, LLP


By /s/ John D. Albert
   John D. Albert, OSB #760418
   of proposed attorneys for Official
   Unsecured Creditors' Committee

SERVICE LIST

JOHN D ALBERT darlene@albertandtweet.com, beth@albertandtweet.com

AARON J BELL aaron@blf-pc.com, rhonda@blf-pc.com

KEITH Y BOYD ecf@boydlegal.net, arnold@boydlegal.net

OREN B HAKER obhaker@stoel.com,
    docketclerk@stoel.com;cejordan@stoel.com;aepeterson-
    meier@stoel.com

JUSTIN D LEONARD jleonard@ml-llp.com, ecf@ml-
    llp.com;jleonard@pacernotice.com

JOHN CASEY MILLS casey.mills@millernash.com,
    brenda.hale@millernash.com

BRANDY A SARGENT basargent@stoel.com,
    docketclerk@stoel.com;erheaston@stoel.com

US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov

ROBERT J VANDEN BOS vbcservice@yahoo.com,
    sara@vbcattorneys.com


Basin Fertilizer, c/o Chris Moudry
P.O. Drawer X
Merrill, OR 97633

Irrigation Rentals, Inc., c/o Clint Heiber, Pres.
P.O. Box 256
Red Bluff, CA 96080

Warnke Farms c/o Jan Warnke
P.O. Box 256
Ashton, ID 83420